No. 527. GUGENHINE *v.* GERK, CHIEF OF POLICE, ET AL. See same case, *ante,* p. 810.

No. 560. DEXTER & CARPENTER, INC., *v.* KUNGLIG JARN-VAGSSTYRELSEN ET AL. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles S. Haight* for petitioner. *Messrs. Edward B. Burling, William C. Cannon,* and *Porter R. Chandler* for respondents.

No. 564. PFEIFER *v.* WRIGHT, EXECUTRIX. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Robert Stone* for petitioner. *Mr. V. P. Crowe* for respondent.

No. 570. MOTTER ET AL. *v.* BRITTAIN. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Samuel W. Fordyce* and *Henry J. Richardson* for petitioners. *Mr. Robert A. Brown* for respondent.

No. 571. KYLE *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 572. REINHART *v.* SAME. January 12, 1931. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. William A. Seifert* and *William Wallace Booth* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, Norman D. Keller,* and *Paul D. Miller* for respondent. Reported below: 43 F. (2d) 291.